Heather L. Rosing, Bar No. 183986
Leah A. Plaskin, Bar No. 228008
Stephen M. Duvernay, Bar No. 250957
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
lplaskin@klinedinstlaw.com
sduvernay@klinedinstlaw.com

Attorneys for Defendants
TRACY COENEN and SEQUENCE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation and BRADLEY MacDONALD, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BARRY MINKOW, an individual; FRAUD DISCOVERY INSTITUTE, INC., a California corporation; ROBERT L. FITZPATRICK, an individual; TRACY COENEN, an individual; SEQUENCE, INC., a Wisconsin service corporation; WILLIAM LOBDELL, an individual; iBUSINESS REPORTING, a California business organization of unknown form; and 'ZEEYOURSELF', an individual,<br><br>　　　　　Defendants. | Case No.   10cv382 JLS (BGS)<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF TRACY COENEN AND SEQUENCE, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**FED. R. CIV. P. 54(D)**<br>**CAL. CODE CIV. PROC. § 425.16(C)**<br><br>Date:　　　　　　　December 15, 2011<br>Time:　　　　　　　1:30 p.m.<br>Courtroom:　　　　6 - 3rd Floor<br>Judge:　　　　　　Janis L. Sammartino<br>Magistrate Judge:　Bernard G. Skomal<br>Complaint Filed:　 February 17, 2010<br>Trial Date:　　　　None set |

PLEASE TAKE NOTICE that on December 15, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, Defendants TRACY COENEN and SEQUENCE, INC. will move the Court for an order, pursuant to California Code of Civil Procedure section 425.16(c) and Federal Rules of Civil Procedure, Rule 45(d) for an award of mandatory attorneys' fees in the amount of $222,495.00 and costs of $15,612.94 incurred in connection with Defendants' anti-SLAPP motions.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declarations of Heather L. Rosing, Leah A. Plaskin and Stephen M. Duvernay, the Compendium of Evidence and exhibits thereto, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

KLINEDINST PC

DATED: September 8, 2011          By: **/s/ Leah A. Plaskin**
                                       Heather L. Rosing
                                       Leah A. Plaskin
                                       Stephen M. Duvernay
                                       Attorneys for Defendants
                                       TRACY COENEN and SEQUENCE, INC.

1263697v1