Heather L. Rosing, Bar No. 183986
Leah A. Plaskin, Bar No. 228008
Stephen M. Duvernay, Bar No. 250957
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
lplaskin@klinedinstlaw.com
sduvernay@klinedinstlaw.com

Attorneys for Defendants
TRACY COENEN and SEQUENCE, INC.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MEDIFAST, INC., a Delaware Corporation and BRADLEY MacDONALD, an individual,

Plaintiffs,

v.

BARRY MINKOW, an individual; FRAUD DISCOVERY INSTITUTE, INC., a California corporation; ROBERT L. FITZPATRICK, an individual; TRACY COENEN, an individual; SEQUENCE, INC., a Wisconsin service corporation; WILLIAM LOBDELL, an individual; iBUSINESS REPORTING, a California business organization of unknown form; and 'ZEEYOURSELF', an individual,

Defendants.

Case No. 10cv382 JLS (BGS)

**DECLARATION OF HEATHER L. ROSING IN SUPPORT OF DEFENDANTS TRACY COENEN AND SEQUENCE INC.'S MOTION FOR COSTS AND ATTORNEY'S FEES**

| | |
|---|---|
| Date | December 15, 2011 |
| Time: | 1:30 p.m. |
| Courtroom: | 6 - 3rd Floor |
| Judge: | Janis L. Sammartino |
| Magistrate Judge: | Bernard G. Skomal |
| Complaint Filed: | February 17, 2010 |
| Trial Date: | None set |

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

I, Heather L. Rosing, declare:

1. I am an attorney duly licensed to practice before all courts in the State of California, as well as the United States District Court for the Southern District of California. I am a Shareholder and Chief Financial Officer of the law firm Klinedinst PC, counsel of record for Defendants Tracy Coenen and Sequence Inc. I submit this declaration in support of Coenen's motion for costs and attorney's fees pursuant to California Code of Civil Procedure section 425.16(c).

2. I am the shareholder primarily responsible for the defense of this action. In that capacity, I supervised day-to-day management of the case, developed the litigation strategy, communicated with the client and other counsel, and participated in the preparation of the anti-SLAPP motions and supporting pleadings. The following facts are based on my personal knowledge and if called upon to do so, I could and would testify competently thereto.

**Experience**

3. I received my law degree from Northwestern University School of Law in 1996 and my bachelor's degree from the University of Illinois in 1993. I have practiced law in San Diego continuously since my admission to the Bar in 1996. I have served as Klinedinst's Chief Financial Officer since 2006, and I am the Chairperson of the firm's Professional Liability Department.

4. I have extensive experience litigating complex professional liability cases in state and federal courts. I also serve as a consultant and expert witness in the areas of fee disputes, professional responsibility, privileges, and attorney duties.

5. In addition to my work with the firm, I have been active in the San Diego legal community for the past fifteen years. I served for six years on the Board of Directors of the San Diego County Bar Association, serving as President of the Board in 2008.

6. A copy of my biography is attached as Exhibit 3 to the compendium of evidence.

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**Hourly Rate**

7. The billing rates charged by Klinedinst prior to June 1, 2011 for its work on this case are $205 per hour for shareholders and $185 per hour for associates, including Leah A. Plaskin and Stephen M. Duvernay. The rates were increased to $210/$190 as of June 1, 2011. These rates reflect a significant volume-based discount based on the firm's relationship with Coenen's insurance carrier. Based on my experience, these rates are below the prevailing hourly rate for similar work in the San Diego community.

8. Among the factors that inform my understanding of the prevailing rates charged by attorneys who litigate in San Diego are: (1) the billing rates my firm is able to charge; (2) fee awards in other cases, including the rates charged by opposing counsel in cases where I have opposed fee claims; (3) discussions with my clients and other business persons regarding hourly rates they actually pay attorneys in San Diego; (4) discussions with other attorneys regarding hourly rates they are paid in California, including San Diego; and (5) my experience setting rates that are competitive in the community in order to attract or retain business.

9. The standard rate charged by Klinedinst for this type of work is $400.00 per hour for shareholders on a matter of this nature. The standard hourly rates for Ms. Plaskin and Mr. Duvernay are $275 and $250 respectively. These rates represent fees actually charged to and paid by the firm's clients in the San Diego community.

10. Based on my experience, Klinedinst's standard hourly rates are within the current market range in San Diego for work similar to this case, which involves complex questions of fact and law, aggressively litigated by a publicly-traded company.

**Number of Hours Charged**

11. Klinedinst maintains contemporaneous daily time records for each timekeeper, which set forth the specific services rendered by the firm in this case. I personally review the bills prepared by my firm's accounting department before they are sent to the client.

///

12. The total number of hours spent is reasonable in light of the issues raised in Plaintiffs' complaint, the complex legal and factual issues involved in the anti-SLAPP motion, the discovery conducted, and the aggressive manner in which the case has been litigated.

13. As shown in Exhibit 1, our firm staffed this case to avoid unnecessary or duplicative work. The day-to-day work on this case was primarily performed by two associates, Ms. Plaskin and Mr. Duvernay.

14. I have reviewed the task-specific compilation of billing entries prepared by Mr. Duvernay as well as the summaries contained in Exhibit 1. Exhibit 1 accurately reflects the hours I spent related to the anti-SLAPP motions based on my billing entries made contemporaneously with the work performed, and reflects the fees actually billed to our client. As explained in further detail in Exhibits 1 and 2, and Mr. Duvernay's Declaration, I spent 50.9 hours related to the anti-SLAPP motions in this case through March 31, 2011. These hours reflect only the substantive work I performed related to the anti-SLAPP motions in this case. This figure is lower than the amount of time I actually spent on this case, as it is my practice to discount or not charge clients for administrative or supervisory work.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on September 8, 2011.

HEATHER L. ROSING

1258094v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101