Robert A. Giacovas, Esq., appearing *pro hac vice*
Lainie E. Cohen, Esq., SBN 216726
LAZARE POTTER & GIACOVAS, LLP
950 Third Avenue
New York, NY 10022
**P** 212.758.9300 / **F** 212.888.0919
Email: RGiacovas@lpgllp.com
Email: LCohen@lpgllp.com

Kenneth C. Turek, Esq., SBN 97908
George H. Kaelin III, Esq., SBN 157048
ENDEMAN, LINCOLN, TUREK & HEATER LLP
600 B Street, Suite 2400
San Diego, CA 92101-4508
**P** 619.544.0123 / **F** 691.544.9110
Email: KCT@elthlaw.com
Email: GHK@elthlaw.com

Attorneys for Plaintiffs MEDIFAST, INC. and BRADLEY MacDONALD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation, and BRADLEY MacDONALD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BARRY MINKOW, FRAUD DISCOVERY INSTITUTE, INC.; ROBERT L. FITZPATRICK; TRACY COENEN; SEQUENCE, INC.; WILLIAM LOBDELL; IBUSINESS REPORTING; ZEEYOURSELF, <br><br> Defendants. | CASE NO. 10-CV-0382-JLS BGS <br><br> **NOTICE OF BRAD MACDONALD'S MOTION FOR RULE 11 SANCTIONS AGAINST CHRISTOPHER GRELL COUNSEL FOR FITZPATRICK** <br><br> Date: March 8, 2012 <br> Time: 1:00 p.m. <br> Honorable Janice L. Sammartino <br> Courtroom: 6 – 3rd Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 8, 2012 at 1:00 p.m., or as soon thereafter as the matter may be heard in the above-captioned court, Plaintiff, BRADLEY MacDONALD ("Plaintiff"), by and through his attorneys of record, will hereby move this court for sanctions against CHRISTOPHER GRELL ("GRELL"), counsel for Defendant, ROBERT L. FITZPATRICK ("FITZPATRICK").

Said motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this matter, and upon other such matters that may be presented in Reply/or at any hearing that may be held.

Dated: January 3, 2012                LAZARE POTTER & GIACOVAS LLP

By: /s/ Robert A. Giacovas
Robert A. Giacovas
rgiacovas@lpgllp.com
Lainie E. Cohen
lcohen@lpgllp.com
Attorneys for Plaintiffs
MEDIFAST, INC., and BRADLEY MacDONALD