1  CHRISTOPHER E. GRELL (NO. 88498)
   RICHARD F. RESCHO (NO. 108086)
2  **LAW OFFICES OF CHRISTOPHER E. GRELL**
   The Leamington
3  1814 Franklin Street, Suite 501
   Oakland, California  94612
4  Telephone:  (510) 832-2980
   Facsimile:   (510) 832-2986
5  e-mail:  grell140@yahoo.com
   e-mail:  rrescho2001@yahoo.com
6
7  Attorneys for Defendant
   ROBERT FitzPatrick
8
9                       UNITED STATES DISTRICT COURT
10                      SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation; and BRADLEY MacDONALD, an individual, | **Case No.:  10 CV0382 CAB (BGS)** |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| BARRY MINKOW, an individual, FRAUD DISCOVERY INSTITUTE, INC., a California corporation; ROBERT L. FITZPATRICK, an individual, TRACY COEHEN, an individual, SEQUENCE, INC., A Wisconsin service corporation, WILLIAM LOBDELL, an individual; ibUSINESS REPORTING, a California business organization of unknown form; and 'ZEEYOUSELF", an individual, | |
| Defendants. | |

TO:  THE CLERK OF THE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

   NOTICE IS HEREBY GIVEN that effective April 1, 2013, the Law Offices of Christopher E. Grell will change the address of its office to:

-1-

**Notice of Change of Address**

| | |
|---|---|
| 1 | LAW OFFICES OF CHRISTOPHER E. GRELL |
| 2 | P. O. Box 11987<br>San Rafael, CA  94712 |

LAW OFFICES OF CHRISTOPHER E. GRELL
P. O. Box 11987
San Rafael, CA  94712

(For mailing)

LAW OFFICES OF CHRISTOPHER E. GRELL
140 Main Drive
San Rafael, CA  94901

E-Mail: grell@lawofficeofgrell.com

Date:  March 27, 2013                             Respectfully submitted,

                                 LAW OFFICES OF CHRISTOPHER E. GRELL

                    By:     _/s/Christopher E. Grell_____
                             CHRISTOPHER E. GRELL
                             Attorney for Defendant
                             ROBERT L. FITZPATRICK

**Notice of Change of Address**