Heather L. Rosing, Bar No. 183986
Leah A. Plaskin, Bar No. 228008
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
Hrosing@klinedinstlaw.com
Lplaskin@klinedinstlaw.com

Attorneys for Defendants/Appellees
TRACY COENEN and SEQUENCE, INC.



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation and BRADLEY MacDONALD, an individual,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>BARRY MINKOW, an individual; FRAUD DISCOVERY INSTITUTE, INC., a California corporation; ROBERT L. FITZPATRICK, an individual; TRACY COENEN, an individual; SEQUENCE, INC., a Wisconsin service corporation; WILLIAM LOBDELL, an individual; iBUSINESS REPORTING, a California business organization of unknown form; and 'ZEEYOURSELF', an individual,<br><br>Defendants/Appellees. | Case No. 10cv382 CAB (MDD)<br><br>**DECLARATION OF HEATHER L. ROSING, ESQ. IN SUPPORT OF TRACY COENEN AND SEQUENCE, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: October 10, 2014<br>Time: 2:30 p.m.<br>Courtroom: E - 1st Floor<br>Judge: Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin<br>Complaint Filed: February 17, 2010<br>Trial Date: None set |

I, Heather L. Rosing, declare:

1. I am an attorney duly licensed to practice before all courts in the State of California, as well as the United States District Court for the Southern District of California and United States Court of Appeal for the Ninth Circuit. I am a Shareholder and Chief Financial Officer of the law firm Klinedinst PC, counsel of record for

Defendants and Appellees Tracy Coenen and Sequence Inc. I submit this declaration in support of Ms. Coenen's Motion for Attorneys' Fees and Costs, which is a joint motion for fees related to the anti-SLAPP motion and the appeal.

2. I am the shareholder primarily responsible for the defense of this action. In that capacity, I supervised day-to-day management of the case, developed the litigation strategy, communicated with the client and other counsel, participated in the preparation of the anti-SLAPP motions and supporting pleadings, participated in preparation for oral argument of this appeal, and orally argued the appeal. The following facts are based on my personal knowledge and if called upon to do so, I could and would testify competently thereto.

**Experience**

3. I received my law degree from Northwestern University School of Law in 1996 and my bachelor's degree from the University of Illinois in 1993. I have practiced law in San Diego continuously since my admission to the Bar in 1996. I have served as Klinedinst's Chief Financial Officer since 2006, and I am the Chairperson of the firm's Professional Liability Department.

4. I have extensive experience litigating complex professional liability cases in state and federal courts, and am a certified specialist in legal malpractice law. I also serve as a consultant and expert witness in the areas of fee disputes, professional responsibility, privileges, and attorney duties.

5. Ms. Rosing has received numerous awards and accolades during her career, including the following. In 2014, *Southern California Super Lawyers* ranked Ms. Rosing number one for all attorneys in San Diego County and was recognized as "Best of the Bar" by the *San Diego Business Journal*. Ms. Rosing has been featured in the *San Diego Super Lawyers publication* (2008-2013) and *Southern California Super Lawyers* (2014). *San Diego Super Lawyers* has also named Ms. Rosing to "Top 3 Super Lawyers of San Diego" (2013), "Top 10 Super Lawyers of San Diego" (2013), "Top 25 Women Super Lawyers" (2009-2013), and "Top 50 Super Lawyers of San Diego" (2010-2013.)



KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

6. A copy of my biography is attached as Exhibit 4 to the compendium of evidence.

**Hourly Rate**

7. The billing rates charged by Klinedinst prior to June 1, 2011 for its work on this case were $205 per hour for shareholders and $185 per hour for associates, including Leah A. Plaskin and Stephen M. Duvernay. The rates were increased to $210/$190 as of June 1, 2011. Thus, those were the rates charged for the post-judgment work on the case and for all of the work on the appeal. These rates reflect a significant volume-based discount based on the firm's relationship with Ms. Coenen's insurance carrier. Based on my experience, these rates are below the prevailing hourly rate for similar work in the San Diego community.

8. Among the factors that inform my understanding of the prevailing rates charged by attorneys who litigate in San Diego are: (1) the billing rates my firm is able to charge; (2) fee awards in other cases, including the rates charged by opposing counsel in cases where I have opposed fee claims; (3) discussions with my clients and other business persons regarding hourly rates they actually pay attorneys in San Diego; (4) discussions with other attorneys regarding hourly rates they are paid in California, including San Diego; and (5) my experience setting rates that are competitive in the community in order to attract or retain business.

9. The standard rate charged by Klinedinst and me for this type of work is $400.00 per hour for shareholders on a matter of this nature. The standard hourly rate for Ms. Plaskin is $275. The standard hourly rate for Mr. Duvernay was $250.[1] These rates represent fees actually charged to and paid by the firm's clients in the San Diego community.

10. Based on my experience, Klinedinst's standard hourly rates are within the current market range in San Diego for work similar to this case, which involves complex questions of fact and law, aggressively litigated by a publicly-traded company.

[1] Mr. Duvernay left the firm in early November 2011.

Klinedinst PC
501 West Broadway, Suite 600
San Diego, California 92101

**Number of Hours Charged**

11. Klinedinst maintains contemporaneous daily time records for each timekeeper, which set forth the specific services rendered by the firm in this case. I personally review the bills prepared by my firm's accounting department before they are sent to the client.

12. The total number of hours spent is reasonable in light of the issues raised in Plaintiffs' complaint, the complex legal and factual issues involved in the anti-SLAPP motion and the appeal, the discovery conducted, and the aggressive manner in which the case has been litigated.

13. As shown in Exhibits 1and 2 to the compendium of evidence, our firm staffed this case to avoid unnecessary or duplicative work. The day-to-day work on the case – before the judgment – was primarily performed by two associates, Ms. Plaskin and Mr. Duvernay. The primary work on the appeal was performed by Ms. Plaskin.

14. I have reviewed the task-specific compilation of billing entries, which, for the pre-appeal work was prepared by Mr. Duvernay and, for the appellate work, was prepared by Ms. Plaskin. I also reviewed the summaries contained in Exhibits 1 and 2. Exhibit 1 accurately reflects the hours I spent related to the anti-SLAPP motions based on my billing entries made contemporaneously with the work performed, and reflects the fees actually billed to our client. Exhibit 2 accurately reflects the hours I spent related to the appeal based on my billing entries made contemporaneously with the work performed, and reflects the fees actually billed to our client. As explained in further detail in Exhibits 1 and 2, and in the declarations of Mr. Duvernay[2] and Ms. Plaskin, I spent 50.9 hours related to the anti-SLAPP motions in this case through March 2011, and I spent 37.1 hours related to the appeal in this case, reflecting work from May 2012 through March 2014. These hours reflect only the substantive work I performed related to the anti-SLAPP motions and appeal in this case.

[2] Because Mr. Duvernay is no longer working at Klinedinst PC, a copy of the declaration he submitted and executed in support of the first fee motion filed on behalf of Coenen, which is dated September 8, 2011, is filed herewith.



KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

These figures are lower than the amount of time I actually spent on this case, as it is my practice to discount or not charge clients for administrative or supervisory work.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on July 22, 2014.

HEATHER L. ROSING

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101