Robert A. Giacovas, Esq., appearing *pro hac vice*
Lainie E. Cohen, Esq., SBN 216726
LAZARE POTTER & GIACOVAS, LLP
875 Third Avenue
New York, NY 10022
**P** 212.758.9300 / **F** 212.888.0919
Email: RGiacovas@lpgllp.com
Email: LCohen@lpgllp.com

Kenneth C. Turek, Esq., SBN 97908
George H. Kaelin III, Esq., SBN 157048
ENDEMAN, LINCOLN, TUREK & HEATER LLP
600 B Street, Suite 2400
San Diego, CA 92101-4508
**P** 619.544.0123 / **F** 691.544.9110
Email: KCT@elthlaw.com
Email: GHK@elthlaw.com

Attorneys for Plaintiffs MEDIFAST, INC. and BRADLEY MacDONALD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MEDIFAST, INC., a Delaware Corporation, and BRADLEY MacDONALD, an individual,

Plaintiffs,

v.

BARRY MINKOW, FRAUD DISCOVERY INSTITUTE, INC.; ROBERT L. FITZPATRICK; TRACY COENEN; SEQUENCE, INC.; WILLIAM LOBDELL; IBUSINESS REPORTING; ZEEYOURSELF,

Defendants.

CASE NO. 10-CV-0382-CAB (MDD)

**JOINT MOTION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES**

Date: November 14, 2014
Time: 3:00 pm
Honorable Cathy Ann Bencivengo
Courtroom: 4C

## I. INTRODUCTION

Plaintiffs, Medifast, Inc., and Shirley MacDonald ("Medifast") and Defendants, Tracey Coenen ("Coenen"), Barry Minkow, Fraud Discovery Institute, William Lobdell and iBusiness Reporting (collectively "Minkow") and Robert L. Fitzpatrick respectfully bring this joint motion to continue the following hearings currently scheduled for November 14, 2014 (the "motions"):

1) Coenen's Motion for an award of attorney's fees and costs (Dkt. 216);

2) Minkow and Lobdell's Motion for Amended Judgment (Dkt. 223);

3) Minkow's Motion for an award of attorney's fees and costs incurred in District Court and Ninth Circuit Proceedings, Lobdell's Motion for an award of attorney's fees and costs incurred in District Court proceedings, and FitzPatrick's Motion for an award of attorney's fees incurred in Ninth Circuit Proceedings; (Dkt. 224); and

4) FitzPatrick's Motion for an award of attorney's fees and costs incurred in District Court proceedings (Dkt. No. 225).

This case has been on appeal before the Ninth Circuit since April 26, 2011. The Ninth Circuit entered its Memorandum decision on June 4, 2014, and an Amended Memorandum on July 14, 2014. (Dkt. 215.) The court filed its Amended Mandate on July 25, 2014, stating that the judgment took effect that date. The Mandate was spread before this Court on September 26, 2014 and the parties have agreed to a briefing schedule for the issues that remain, for January and February 2015.

At this time, the parties are in the midst of settlement discussions, which if fruitful, would avoid the need for the Court to decide the motions now pending before it. Additionally, there is a settlement conference scheduled before Magistrate Judge Mitchell D. Dembin on October 28, 2014. In order for Medifast to avoid the costs of preparing opposition papers to the motions, which are currently due on October 31, the parties have agreed to a continuance of said motions until December 5, 2014. This continuance will provide the parties with more time to reach a global settlement.

## III. ARGUMENT

Local Rule 7.1(g)(2) states: "Any request for continuance of a noticed matter must be made as soon as possible to the judge to whom the matter is assigned. Prior to seeking such continuance, the party seeking the continuance must contact all opposing parties or their counsel to determine whether they would agree to such continuance."

An order was entered on September 29, 3014, directing the parties to contact the chambers of Magistrate Judge Mitchell D. Dembin within one week to schedule a settlement conference. The settlement conference was ordered to be held as expeditiously as possible. The parties immediately

conferred with Judge Dembin's chambers and amongst themselves and on October 2, agreed upon October 28, 2014 as the date for the settlement conference.

Medifast's opposition papers to the motions are currently due by October 31, 2014. In order to avoid the cost of having to prepare those papers before the settlement conference, the parties have agreed to a three-week continuance of the hearing on the motions. A three-week delay in the hearing will not prejudice any of the parties as this case was just recently remanded to the District Court from the Ninth Circuit. There is currently nothing pending before the Court except for these motions, which will not be affected by a change in the hearing schedule.

## IV. CONCLUSION

For the foregoing reasons, the parties respectfully request this Court to grant their joint motion to continue the Hearing on (1) Coenen's Motion for an award of attorney's fees and costs; (2) Minkow and Lobdell's Motion for Amended Judgment; (3) Minkow's Motion for an award of attorney's fees and costs incurred in District Court and Ninth Circuit Proceedings, Lobdell's Motion for an award of attorney's fees and costs incurred in District Court proceedings, and FitzPatrick's Motion for an award of attorney's fees incurred in Ninth Circuit Proceedings; and (4) FitzPatrick's Motion for an award of attorney's fees and costs incurred in District Court proceedings from November 14, 2014 to December 5, 2014, at 1:30 p.m.

Dated: October 3, 2014

LAZARE POTTER & GIACOVAS LLP

By: /s/ Lainie E. Cohen
Robert A. Giacovas
rgiacovas@lpgllp.com
Lainie E. Cohen
lcohen@lpgllp.com
Attorneys for Plaintiffs
MEDIFAST, INC.

Dated: October 3, 2014

By: /s/ Leah Plaskin
Heather L. Rosing
hrosing@klinedinst.com
Leah A. Plaskin
lplaskin@klinedinst.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
Attorneys for Defendants, Tracy Coenen and Sequence, Inc.

Dated: October 3, 2014

By: /s/ John H. Stephens

John H. Stephens
jstephens@mulvaneybarry.com
Stacy H. Rubin
srubin@mulvaneybarry.com
Mulvaney Barry Beatty Linn & Mayers LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Attorneys for Defendants, Barry Minkow, Fraud Discovery Institute, Inc., William Lobdell, iBusiness Reporting and Robert FitzPatrick