# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., an individual, and BRADLEY MACDONALD, an individual,<br><br>                              Plaintiffs,<br>vs.<br><br>BARRY MINKOW, an individual, FRAUD DISCOVERY INSTITUTE, INC., a California corporation, ROBERT L. FITZPATRICK, an individual, TRACY COENEN, an individual, SEQUENCE, INC., a Wisconsin service corporation, WILLIAM LOBDELL, an individual, and iBUSINESS REPORTING, a California business organization of unknown form, and THOMAS ZIEMANN,<br><br>                              Defendants. | CASE NO. 10-cv-382-CAB (MDD)<br><br>ORDER APPROVING THE PARTIES' PROPOSED BRIEFING SCHEDULE REGARDING OUTSTANDING ISSUES AND GRANTING THE PARTIES' JOINT MOTION TO CONTINUE THE HEARING ON ATTORNEYS' FEES AND OTHER MOTIONS<br><br>[Doc. Nos. 236, 237] |

The court **APPROVES** the parties' proposed briefing schedule for the issues of CDA Immunity and Limited Purpose Public Figure Status. [Doc. No. 236.] The hearing on the motions related to CDA Immunity and Limited Purpose Public Figure Status is set for **February 10, 2015 at 10:00 a.m.**

In addition, the court **GRANTS** the parties' joint motion to continue the hearings on the pending attorneys' fees motions and the motion for amended judgment. [Doc. No. 237.] The hearing on these motions [Doc. Nos. 216, 223, 224, 225] is **CONTINUED** from November 14, 2014 to **<u>December 5, 2014 at 1:30 p.m.</u>**

**IT IS SO ORDERED.**

DATED: October 3, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge