# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC.,<br><br>            Plaintiff,<br>     v.<br>BRADLEY MACDONALD, et al.,<br><br>            Defendants. | CASE NO. 10cv382-CAB (MDD)<br><br>ORDER FOR MANDATORY SETTLEMENT CONFERENCE |

  On September 29, 2014, Judge Bencivengo issued an order directing the parties to participate in a settlement conference "as expeditiously as possible." (ECF No. 235). A mandatory settlement conference will be held **October 28, 2014, at 9:15 a.m.** Counsel and parties with full settlement authority are required to personally appear. **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

  Confidential settlement conference briefs may be submitted to chambers (efile_dembin@casd.uscourts.com) not later than **October 22,**

1 | **2014**.  Briefs exceeding 20 pages must be hand delivered to chambers.
2 |     IT IS SO ORDERED.
3 |
4 | DATED: October 5, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge