John H. Stephens (SBN 82971)
Stacy H. Rubin (SBN 228347)
MULVANEY BARRY BEATTY LINN & MAYERS LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone:  619-238-1010
Facsimile:  619-238-1981

Attorneys for Defendants
Barry Minkow; Fraud Discovery Institute, Inc.; William Lobdell; and iBusiness Reporting

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation and BRADLEY MacDONALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BARRY MINKOW, an individual; FRAUD DISCOVERY INSTITUTE, INC., a California corporation; ROBERT L. FITZPATRICK, an individual; TRACY COENEN, an individual; SEQUENCE, INC., a Wisconsin service corporation; WILLIAM LOBDELL, an individual; iBUSINESS REPORTING, a California business organization of unknown form; and 'ZEEYOURSELF', an individual,<br><br>Defendants. | CASE NO. 3:10-cv-00382-CAB (MDD)<br><br>**MOTION BY BARRY MINKOW TO REQUEST TELEPHONIC APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>DATE:   October 28, 2014<br>TIME:    9:15 a.m.<br>DEPT.   Suite 1180 (Annex)<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Magistrate: Hon. Mitchell D. Dembin<br>Complaint   Filed: February 17, 2010<br>Trial Date:  None Set |

Defendant BARRY MINKOW ("Minkow") hereby moves the Court for permission to participate in the Mandatory Settlement Conference ("Settlement Conference") by telephone.

On October 6, 2014, the Court scheduled the Settlement Conference for October 28, 2014 at 9:15 a.m., in the above-captioned Court.

Minkow is in Federal prison in Lexington, Kentucky and cannot travel to attend the Settlement Conference. As set out in the accompanying declaration of John H. Stephens, in light of Minkow's inability to travel to California, subject to the Court's approval, Minkow requests that the personal appearance requirement be waived as to Minkow and that he be allowed to appear at the October 28, 2014 Settlement Conference by telephone. Minkow's counsel will appear at the Settlement Conference in person and has authority to negotiate settlement on Minkow's behalf.

Dated: October 16, 2014

MULVANEY BARRY BEATTY LINN & MAYERS LLP

By: s/John H. Stephens
John H. Stephens
Stacy H. Rubin
Attorneys for Defendants
Barry Minkow; Fraud Discovery Institute, Inc.; William Lobdell; and iBusiness Reporting
Email: jstephens@mulvaneybarry.com

MINB.101.550851.1