UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., a Delaware corporation, and BRADLEY MACDONALD, an individual,<br><br>  Plaintiffs,<br>  vs.<br>BARRY MINKOW, FRAUD DISCOVERY INSTITUTE, INC., ROBERT L. FITZPATRICK, TRACY COENEN, SEQUENCE, INC., WILLIAM LOBDELL, IBUSINESS REPORTING, ZEEYOURSELF,<br><br>  Defendants. | CASE NO. 10-cv-382-CAB (MDD)<br><br>ORDER |

Counsel for plaintiffs and for defendants Barry Minkow, Fraud Discovery Institute, Inc., Robert L. FitzPatrick, William Lobdell, and iBusiness Reporting telephoned the court's chambers today. In light of counsel's representations regarding the status of settlement discussions, the court **VACATES** all deadlines relating to the Second anti-SLAPP motion, including the February 6, 2015 filing deadline. [Doc. No. 251.] In addition, the court **DEEMS WITHDRAWN** the motions at docket numbers 223, 224, and 225, without prejudice to refiling should the settlement discussions ultimately prove unfruitful. The motion for fees filed by Tracy Coenen and Sequence, Inc. remains pending and under submission.

Finally, the court **SCHEDULES** a telephonic status conference for **Friday, March 6, 2015, at 2:00 p.m**. Counsel shall conference-call the court's chambers at (619) 557-7688.

**IT IS SO ORDERED.**

DATED: February 5, 2015

_____
**CATHY ANN BENCIVENGO**
United States District Judge