# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>   *Medifast, Inc. et al. v. Minkow et al.*   <u>Case No:</u>   **10cv382 CAB (MDD)**

<u>Hon. Cathy Ann Bencivengo</u>   <u>Ct. Deputy Lori Hernandez</u>   <u>Rptr. Tape:</u>

The telephonic status conference previously set for March 6, 2015 is **CONTINUED** to **<u>Monday, March 23, 2015 at 2:30 p.m.</u>**  Counsel shall conference-call the court's chambers at (619) 577-7688.

Date:   February 26, 2015

Initials: dwg