1 | Robert A. Giacovas, Esq., appearing *pro hac vice*
Lainie E. Cohen, Esq., SBN 216726
2 | LAZARE POTTER & GIACOVAS, LLP
875 Third Avenue
3 | New York, NY  10022
**P** 212.758.9300 / **F** 212.888.0919
4 | Email: RGiacovas@lpgllp.com
Email: LCohen@lpgllp.com

6 | Kenneth C. Turek, Esq., SBN 97908
George H. Kaelin III, Esq., SBN 157048
7 | ENDEMAN, LINCOLN, TUREK & HEATER LLP
600 B Street, Suite 2400
8 | San Diego, CA 92101-4508
**P** 619.544.0123 / **F** 691.544.9110
9 | Email: KCT@elthlaw.com
Email: GHK@elthlaw.com

11 | Attorneys for Plaintiffs MEDIFAST, INC. and
BRADLEY MacDONALD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIFAST, INC., a Delaware Corporation, and BRADLEY MacDONALD, an individual,<br><br>            Plaintiffs,<br><br>        v.<br><br>BARRY MINKOW, FRAUD DISCOVERY INSTITUTE, INC.; ROBERT L. FITZPATRICK; TRACY COENEN; SEQUENCE, INC.; WILLIAM LOBDELL; IBUSINESS REPORTING; ZEEYOURSELF,<br><br>            Defendants. | CASE NO. 10-CV-0382-CAB (MDD)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Cathy Ann Bencivengo |

Plaintiffs Medifast, Inc. ("Medifast"), and Shirley MacDonald as personal representative of Bradley MacDonald's estate ("Mrs. MacDonald"; collectively "Plaintiffs") and Defendants Barry Minkow and Fraud Discovery Institute, Inc. (collectively "Minkow"), Robert FitzPatrick ("FitzPatrick") and William Lobdell and iBusiness Reporting (collectively "Lobdell") (the above-named defendants are collectively referred to as the "Remaining Defendants" and all parties jointly hereinafter referred to as the "Parties") by and through their attorneys of record, hereby jointly move

the Court for an Order dismissing the entire case as to the Remaining Defendants, with prejudice. The Joint Motion to Dismiss is based on the following facts:

1. The Parties have resolved this action and gave notice of the same to the Court.

2. The other two parties to this action, Tracey Coenen and Sequence, Inc. have previously obtained judgment against Plaintiffs.

3. The Parties hereby jointly move the Court for an Order dismissing the entire case, with prejudice.

4. The Remaining Defendants, without acknowledging liability or wrongdoing, and Plaintiffs, without acknowledging liability or wrongdoing, have agreed to fully and completely resolve this matter.

5. The Parties agree that the Magistrate Judge shall retain jurisdiction over all disputes between and among the Parties arising out of any settlement agreement, including but not limited to, the interpretation and enforcement of any terms of the settlement agreement.

WHEREFORE, the Parties respectfully request this Court dismiss this case, with prejudice.

Dated: May 13, 2015                    LAZARE POTTER & GIACOVAS LLP

                                       By: /s/ Lainie E. Cohen
                                           Robert A. Giacovas
                                           rgiacovas@lpgllp.com
                                           Lainie E. Cohen
                                           lcohen@lpgllp.com
                                           Attorneys for Plaintiffs
                                           MEDIFAST, INC.


Dated: May 13, 2015         By:    /s/ John H. Stephens
                                   John H. Stephens
                                   jstephens@mulvaneybarry.com
                                   Stacy H. Rubin
                                   srubin@mulvaneybarry.com
                                   Mulvaney Barry Beatty Linn & Mayers LLP
                                   401 West A Street, 17th Floor
                                   San Diego, CA 92101-7994
                                   Attorneys for Defendants, Barry Minkow, Fraud Discovery Institute, Inc., William Lobdell, iBusiness Reporting and Robert FitzPatrick

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**                    Case No. 10-CV-0382-CAB (MDD)