# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIFAST, INC., a Delaware corporation, and BRADLEY MACDONALD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY MINKOW, FRAUD DISCOVERY INSTITUTE, INC., ROBERT L. FITZPATRICK, TRACY COENEN, SEQUENCE, INC., WILLIAM LOBDELL, IBUSINESS REPORTING, ZEEYOURSELF,<br><br>Defendants. | CASE NO. 10-cv-382-CAB (MDD)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 262] |

The court **GRANTS** the Joint Motion to Dismiss filed by plaintiffs Medifast, Inc. and Shirley MacDonald, as personal representative of Bradley MacDonald's estate, and the remaining defendants, namely Barry Minkow, Fraud Discovery Institute, Inc., Robert FitzPatrick, William Lobdell, and iBusiness Reporting. [Doc. No. 262.] All claims between plaintiffs and these remaining defendants are dismissed with prejudice. United States Magistrate Judge Dembin shall retain jurisdiction over all disputes

between and among the parties arising out of any settlement agreement, including but not limited to the interpretation and enforcement of the terms of any settlement agreement. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: May 22, 2015

_____
**CATHY ANN BENCIVENGO**
United States District Judge